UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                  Plaintiff,

-against-

Andre M. Graham, Jr.,

                  Defendant.

---

7:21-MJ-4639(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on July 30, 2021 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on April 30, 2021, and it is,

ORDERED, ADJUDGED AND DECREED that the defendant Andre M. Graham, Jr. is sentenced to pay a fine of $100.00 with time to pay White Plains by August 17, 2021 or he is to appear on August 18, 2021 in the U.S. District Court, to show cause why the fine was not paid.

                                                SO ORDERED:

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

                                                SO ORDERED:

                                                _____
                                                Hon. Martin R. Goldberg
                                                United States Magistrate Judge